Jill Garcia
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1100
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.791.7600
Fax: 702.369.5694
*Attorneys for Defendant The Roman Catholic*
  *Bishop of Las Vegas and His Successors, a Corporation Sole*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SARAH C. IVERSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE ROMAN CATHOLIC BISHOP OF LAS VEGAS, a Corporation Sole d/b/a BISHOP GORMAN HIGH SCHOOL; ROES and DOES I-X;<br><br>　　　　　Defendant. | Case No.: 2:10-cv-01302-GMN-RJJ<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Sarah C. Iverson ("Plaintiff") and Defendant The Roman Catholic Bishop of Las Vegas, a Corporation Sole ("RCB"), by and through their respective counsel, that all claims asserted in this matter by Plaintiff against RCB, its subsidiaries, affiliates, parents, successors, assigns, officers, directors, clergy, insurance carriers and employees, shall be and hereby are dismissed with prejudice.

. . .

. . .

. . .

. . .

. . .

1  Each party is to bear their own attorney's fees and costs.

2  **IT IS SO STIPULATED**:

3  Dated: December 29, 2010.                              Dated: December 29, 2010.

4  NELSON LAW                                             OGLETREE, DEAKINS, NASH, SMOAK &
                                                          STEWART, P.C.

_____                           _____
Sharon Nelson, Esq.                                       Jill Garcia, Esq.
8670 W. Cheyenne Avenue, Suite 120                        Wells Fargo Tower
Las Vegas, Nevada 89129                                   Suite 1100
*Attorneys for Plaintiff*                                 3800 Howard Hughes Parkway
                                                          Las Vegas, NV 89169
                                                          *Attorneys for Defendant The Roman Catholic
                                                          Bishop of Las Vegas and His Successors, a
                                                          Corporation Sole*

## ORDER

IT IS SO ORDERED this 29th day of December, 2010.

_____
Gloria M. Navarro
United States District Judge

2